*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps Court of Criminal Appeals

Before
MONAHAN, HOLIFIELD, and HACKEL
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Anthony C. BALLESTEROS**
Gas Turbine Systems Technician Second Class (E-5), U.S. Navy
*Appellant*

**No. 202200116**

_____

Decided: 28 July 2022

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Matthew C. Cox

Sentence adjudged 18 March 2022 by a special court-martial convened at Naval Station Norfolk, Virginia, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for 6 months, and a bad-conduct discharge.

For Appellant:
*Captain Colin W. Hotard, USMC*

_____

**This opinion does not serve as binding precedent under NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[1]

However, we note that the Entry of Judgment does not accurately reflect the disposition of the charges. Specifically, the original Entry of Judgment failed to identify the disposition of specifications 2 and 3 of Charge I, which were withdrawn and dismissed prior to the entry of pleas. Although we find no prejudice, Appellant is entitled to have court-martial records that correctly reflect the content of his proceeding.[2] In accordance with Rule for Courts-Martial 1111(c)(2), we modify the Entry of Judgment and direct that it be included in the record.

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

S. TAYLOR JOHNSTON
Interim Clerk of Court

---

[1] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.

[2] *United States v. Crumpley*, 49 M.J. 538, 539 (N-M. Ct. Crim. App. 1998).

# United States Navy–Marine Corps
# Court of Criminal Appeals

| | |
|---|---|
| **UNITED STATES** | **NMCCA NO. 202200116** |
| **v.** | **ENTRY OF JUDGMENT** |
| **Anthony C. BALLESTEROS**<br>**Gas Turbine Systems Technician Second Class (E-5)**<br>**U.S. Navy** | |
| | *As Modified on Appeal* |
| *Accused* | **28 July 2022** |

On 18 March 2022, the Accused was tried at Naval Station Norfolk, Virginia, by a special court-martial, consisting of a military judge sitting alone. Military Judge Matthew C. Cox presided.

## FINDINGS

The following are the Accused's pleas and the Court's findings to all offenses the convening authority referred to trial:

**Charge I:** **Violation of Article 120, Uniform Code of Military Justice, 10 U.S.C. § 920.**

> *Plea:* Not Guilty.
> *Finding:* Dismissed.

**Specification 1:** **Abusive sexual contact of G.S. on or about 19 January 2019.**

> *Plea:* Not guilty.
> *Finding:* Dismissed.

**Specification 2:** **Sexual assault of G.S. on or about 19 January 2019.**

> *Plea:* No plea entered.
> *Finding:* Dismissed prior to entry of pleas.

**Specification 3:** **Sexual assault of G.S. on or about 19 January 2019.**

> *Plea:* No plea entered.
> *Finding:* Dismissed prior to entry of pleas.

**Charge II:** **Violation of Article 128, Uniform Code of Military Justice, 10 U.S.C. § 928.**

>*Plea:* Guilty.
>*Finding:* Guilty.

**Specification:** **Assault consummated by a battery of G.S. on or about 19 January 2019.**

>*Plea:* Guilty.
>*Finding:* Guilty.

## SENTENCE

On 18 March 2022, a military judge sentenced the Accused to the following:

**Reduction to pay grade E-1.**

*For the Sole Specification of Charge II:*
confinement for 6 months.

**Confinement for a total of 6 months.**

**A bad-conduct.**

FOR THE COURT:

S. TAYLOR JOHNSTON
Interim Clerk of Court